**FILED**

MAY - 8 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
_____ (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | UPSCALE FINANCIAL, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | None |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 2 6 3 6 3 2 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 11755 WILSHIRE BLVD<br>Number      Street | 5716 CORSA AVENUE, STE 110<br>Number      Street |
| SUITE 1250-170 | P.O. Box |
| LOS ANGELES,      CA      90025<br>City      State      ZIP Code | WESTLAKE VILLAGE  CA    91362<br>City      State      ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number      Street<br><br>City      State      ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known)_____
          Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District ___CENTRAL___ When __05/07/2016__ Case number __2:16-bk-16472-RK__
                                        MM / DD / YYYY

        District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                        MM / DD / YYYY

        Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known) _____
_____Name_____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

                          _____

                          _____
                          City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

              Contact name _____

              Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor    UPSCALE FINANCIAL, LLC_____    Case number (if known)_____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☑ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☑ I have been authorized to file this petition on behalf of the debtor.

☑ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/08/2017
              MM / DD / YYYY

X _____    Steve Rogers_____
Signature of authorized representative of debtor    Printed name

Title  Managing Member_____

**18. Signature of attorney**

X  TBD before 341-Meeting_____    Date  _____
Signature of attorney for debtor                   MM  / DD / YYYY

Printed name_____

Firm name_____

Number      Street_____

City_____    State_____ ZIP Code_____

Contact phone_____    Email address_____

Bar number_____    State_____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

a. Total assets                                                     $_____

b. Total debts (including debts listed in 2.c., below)      $_____

c. Debt securities held by more than 500 holders

Approximate<br/>number of<br/>holders:

secured ☐  unsecured ☐  subordinated ☐  $_____    _____

secured ☐  unsecured ☐  subordinated ☐  $_____    _____

secured ☐  unsecured ☐  subordinated ☐  $_____    _____

secured ☐  unsecured ☐  subordinated ☐  $_____    _____

secured ☐  unsecured ☐  subordinated ☐  $_____    _____

d. Number of shares of preferred stock                              _____
e. Number of shares common stock                                    _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business: _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

**Fill in this information to identify the case and this filing:**

Debtor Name  UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the:  CENTRAL          District of  CA
                                                                    (State)

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2017          **✗** _____
       MM / DD / YYYY              Signature of individual signing on behalf of debtor

                           Steve Rogers
                           Printed name

                           Managing Member
                           Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   CASE #: 2:16-BK-16472

   SAME AS BEFORE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.


Executed at _Los Angeles_____, California

Date: _05/08/2017_____

Signature of Debtor

Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                 Page 1                          F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name  UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the: Central         District of  CA
                                                                    (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ......................................................................   $  31,431,605.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................   $            0.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ......................................................................   $  31,431,605.00

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................   $ 24,610,346.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. *Total claim amounts of priority unsecured claims:*
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................   $            0.00

   3b. *Total amount of claims of nonpriority amount of unsecured claims:*
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................   + $            0.00

4. **Total liabilities**...................................................................................................
   *Lines 2 + 3a + 3b*                                                                                              $ 24,610,346.00

**Fill in this information to identify the case:**

Debtor name **UPSCALE FINANCIAL, LLC**

United States Bankruptcy Court for the: **Central** _____ District of **CA** _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                               $_____ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor    UPSCALE FINANCIAL, LLC                                 Case number *(if known)*_____
     Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.    $_____ 0.00

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

  ☑ No. Go to Part 4.

  ☐ Yes. Fill in the information below.

                                                        **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old *or less*:   _____ – _____ = ........ ➔   $_____
                            face amount             doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........ ➔   $_____
                            face amount             doubtful or uncollectible accounts

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____ 0.00

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

  ☑ No. Go to Part 5.

  ☐ Yes. Fill in the information below.

                                                **Valuation method used for current value**    **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    $_____ 0.00

---

Debtor    UPSCALE FINANCIAL, LLC
          Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    UPSCALE FINANCIAL, LLC    Case number (if known)_____
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    UPSCALE FINANCIAL, LLC    Case number *(if known)*_____
         Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  <u>UPSCALE FINANCIAL, LLC</u>  Case number (if known)_____
      Name

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 5734 Marvon Rd East Jordan MI | Deed of Trust | $ 218,516.00 | comparable | $ 218,516.00 |
| 55.2 2015 Cedar St Ramona CA | Deed of Trust | $ 584,727.00 | comparable | $ 584,727.00 |
| 55.3 690 Heather Ct Pacifica CA | Deed of trust | $ 742,427.00 | comparable | $ 742,427.00 |
| 55.4 1765 Valdez Way Fremont CA | Deed of Trust | $ 1,071,932.00 | comparable | $ 1,071,932.00 |
| 55.5 555 Thayer Ln San Ramon CA | Deed of Trust | $ 1,340,000.00 | comparable | $ 1,340,000.00 |
| 55.6 3943 Upton Ct Stockton CA | Deed of Trust | $ 353,453.00 | comparable | $ 353,453.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 31,431,605.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.7 17287 W Summerfield Rd. Post Falls ID 83854 | Deed of Trust | 686,912.00 | comparable | 686,912.00 |
| 55.8 1953 Village Ct Ione CA 95640 | Deed of Trust | 218,839.00 | comparable | 218,839.00 |
| 55.9 21 Richmond Hill Greenwich CT 06831 | Deed of Trust | 4,484,736.00 | comparable | 4,484,736.00 |
| 55.10 3 Sayles St Greenwich CT 06807 | Deed of Trust | 967,918.00 | comparable | 967,918.00 |
| 55.11 18 Sherman Av Greenwich CT 06830 | Deed of Trust | 683,599.00 | comparable | 683,599.00 |
| 55.12 21360 Crestwind Dr San Marco CA 92078 | Deed of Trust | 916,685.00 | comparable | 916,685.00 |
| 55.13 8769 Hillery Dr San Diego CA 92126 | Deed of Trust | 569,368.00 | comparable | 569,368.00 |
| 55.14 6020 Heatherton Dr Somis CA 93066 | Deed of Trust | 990,993.00 | comparable | 990,993.00 |
| 55.15 733 Beyer Wy San Diego CA 92154 | Deed of Trust | 266,797.00 | comparable | 266,797.00 |
| 55.16 303 Gorrion Av Ventura CA 93004 | Deed of Trust | 511,127.00 | comparable | 511,127.00 |
| 55.17 428 Georgetown Av Ventura CA 93003 | Deed of Trust | 716,918.00 | comparable | 716,918.00 |
| 55.18 1130 N. Edison St Stockton CA 95203 | Deed of Trust | 321,579.00 | comparable | 321,579.00 |
| 55.19 383 Irwin St San Rafael CA 94901 | Deed of Trust | 743,305.00 | comparable | 743,305.00 |
| 55.20 185 Linden Av San Bruno CA 94066 | Deed of Trust | 690,701.00 | comparable | 690,701.00 |
| 55.21 1622 Janelle Ln Santa Maria CA 93458 | Deed of Trust | 361,382.00 | comparable | 361,382.00 |
| 55.22 38303 Kearsarge Mill Rd Alta CA 95701 | Deed of Trust | 461,361.00 | comparable | 461,361.00 |
| 55.23 124 Illinois St Vallejo CA 94590 | Deed of Trust | 362,199.00 | comparable | 362,199.00 |
| 55.24 1421 Franklin St SE Grand Rapids MI 49506 | Deed of Trust | 205,000.00 | comparable | 205,000.00 |
| 55.25 3217 Acalanes Av Lafayette CA 94549 | Deed of Trust | 960,742.00 | comparable | 960,742.00 |
| 55.26 7394 N Meridian Rd Vacaville CA 95688 | Deed of Trust | 524,978.00 | comparable | 524,978.00 |
| 55.27 102 Sonora Ct Oakley CA 94561 | Deed of Trust | 697,487.00 | comparable | 697,487.00 |
| 55.28 716 Spruce St Boulder CO 80302 | Deed of Trust | 1,458,519.00 | comparable | 1,458,519.00 |
| 55.29 9092 Chianti Cir Stockton CA 95212 | Deed of Trust | 296,538.00 | comparable | 296,538.00 |
| 55.30 44300 Lighthouse Rd Point Arena CA 95468 | Deed of Trust | 793,507.00 | comparable | 793,507.00 |
| 55.31 485 La Costa Av Encinitas CA 92024 | Deed of Trust | 1,325,504.00 | comparable | 1,325,504.00 |
| 55.32 9651 Maccool Ln Santee CA 92071 | Deed of Trust | 374,577.00 | comparable | 374,577.00 |
| 55.33 4916 St Andrews Dr Stockton CA 95219 | Deed of Trust | 804,873.00 | comparable | 804,873.00 |
| 55.34 4525-4527 Lincoln Wy San Francisco CA 94122 | Deed of Trust | 1,947,603.00 | comparable | 1,947,603.00 |
| 55.35 24604 W Maxwell Ln Liberty Lake WA 99019 | Deed of Trust | 386,315.00 | comparable | 386,315.00 |
| 55.36 4129 S Conklin Rd Greenacres WA 99016 | Deed of Trust | 523,151.00 | comparable | 523,151.00 |
| 55.37 1422 Hemlock Av Imperial Beach CA 91932 | Deed of Trust | 472,682.00 | comparable | 472,682.00 |
| 55.38 543 Midlake Dr Draper UT 84020 | Deed of Trust | 405,108.00 | comparable | 405,108.00 |
| 55.39 306 W Oak St Ojai CA 93023 | Deed of Trust | 505,393.00 | comparable | 505,393.00 |
| 55.40 1102 Penniman Dr El Dorado Hills CA 95762 | Deed of Trust | 561,951.00 | comparable | 561,951.00 |
| 55.41 747 Sturbridge Dr Folsom CA 95630 | Deed of Trust | 922,203.00 | comparable | 922,203.00 |
| sub total | | 27,120,550.00 | | 27,120,550.00 |

Debtor   UPSCALE FINANCIAL, LLC   Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____   – _____   = ➔   $_____
Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

_____                        $_____

Nature of claim   _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                    $_____

Nature of claim   _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $         0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    UPSCALE FINANCIAL, LLC
          Name

Case number (if known)_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................→ | | $ 31,431,605.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $_____0.00 | + 91b. $ 31,431,605.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................ $ 31,431,605.00

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 8

**Fill in this information to identify the case:**

Debtor name __**Upscale Financial LLC**__

United States Bankruptcy Court for the: __Central__    District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>__Affiliated Funding Corporation__<br><br>**Creditor's mailing address**<br>__5 Hutton Center Drive, Suite 1100__<br>__Santa Ana, CA  92707__<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** __2005__<br>**Last 4 digits of account number** __3  4  0  0__<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>__303 Gorrion Avenue__<br>__Ventura, CA  93003__<br>_____<br>**Describe the lien**<br>__Deed of Trust__<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $  460,000.00 | $  460,000.00 |
| **2.2** **Creditor's name**<br>__Affiliated Funding Corporation__<br><br>**Creditor's mailing address**<br>__5 Hutton Center Drive, Suite 1100__<br>__Santa Ana, CA  92707__<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** __2005__<br>**Last 4 digits of account number** __7  6  0  0__<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br>_____<br>　☐ Yes. The relative priority of creditors is specified on lines ____ | **Describe debtor's property that is subject to a lien**<br>__428 Georgetown Avenue__<br>__Ventura, CA  93003__<br>_____<br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $  583,000.00 | $  583,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 24,610,346.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of _

Debtor    UPSCALE FINANCIAL LLC _____    Case number (if known)_____
             Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.3** Creditor's name

America's Wholesale Lender _____

Creditor's mailing address

4500 Park Granada _____
Calabasas, CA  91302 _____

Creditor's email address, if known

_____

Date debt was incurred    2006 _____
Last 4 digits of account
number    9  9  2  0

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
       priority?
  ☐ No. Specify each creditor, including this
         creditor, and its relative priority.
         _____
         _____
         _____
  ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

185 Linden Avenue _____
San Bruno, A  94066 _____    $    560,000.00    $    560,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.4** Creditor's name

American Wholesale Lender _____

Creditor's mailing address

4500 Park Granada _____
Calabasas, CA  91302 _____

Creditor's email address, if known

_____

Date debt was incurred    2004 _____
Last 4 digits of account
number    6  4  1  8

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
       priority?
  ☐ No. Specify each creditor, including this
         creditor, and its relative priority.
         _____
         _____
         _____
  ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

1421 Franklin Street Southeast _____
Grand Rapids, Michigan  49506 _____    $    200,000.00    $    200,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   UPSCALE FINANCIAL LLC                                     Case number *(if known)*_____
         Name

| | | **Column A** | **Column B** |
|---|---|---|---|
| | | Amount of claim | Value of collateral |

**Part 1:   Additional Page**

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.5** Creditor's name

  Aztec Foreclosure Corporation

**Creditor's mailing address**

  949 South Coast Drive
  Costa Mesa, CA 92626

**Creditor's email address, if known**

  _____

**Date debt was incurred**   2006
**Last 4 digits of account
number**   1  0  8  5

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes. Have you already specified the relative
   priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**

  306 West Oak Street
  Ojai, CA 93023          $  814,096.00     $  814,096.00
  _____

**Describe the lien**
  Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.6** Creditor's name

  Aztec Foreclosure Corporation

**Creditor's mailing address**

  949 South Coast Drive
  Costa Mesa, CA 92626

**Creditor's email address, if known**

  _____

**Date debt was incurred**   _____
**Last 4 digits of account
number**   ___  ___  ___  ___

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes. Have you already specified the relative
   priority?

   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**Describe debtor's property that is subject to a lien**

  7394 N. Meridian Road
  Vacaville, CA 95688        $  800,000.00     $  800,000.00
  _____

**Describe the lien**
  Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page ___ of ___

Debtor    UPSCALE FINANCIAL LLC
_____
Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

Bank of America, N.A.
_____

Creditor's mailing address

P.O. Box 15726
Wilmington, DE  19886
_____

Creditor's email address, if known

_____

Date debt was incurred    2006
Last 4 digits of account
number          0  0  0  0

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

1953 Village Court
Ione, CA  95640
_____

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$  550,000.00        $  550,000.00

---

**2.8** Creditor's name

Bank of America, N.A.
_____

Creditor's mailing address

1800 Tapo Canyon Road
Simi Valley, CA  93063
_____

Creditor's email address, if known

_____

Date debt was incurred    2007
Last 4 digits of account
number          9  4  1  9

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

543 East Midlake Drive
Draper, UT  84020
_____

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$  150,000.00        $  150,000.00

---

Debtor    **UPSCALE FINANCIAL LLC**
_____    Case number (if known) _____
Name

| Part 1: | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name

Brooks America Mortgage

Creditor's mailing address

6 Hutton Center Drive

Santa Ana,  CA

Creditor's email address, if known

_____

Date debt was incurred    2005
Last 4 digits of account
number    5  9  6  6

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

9092 Chianti Circle     $     110,000.00    $    110,000.00
Stockton, CA

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.10** Creditor's name

BSI Financial

Creditor's mailing address

314 South Franklin Street

Titusville, PA  16354

Creditor's email address, if known

_____

Date debt was incurred    2005
Last 4 digits of account
number    1  0  0  8

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

6020 Heatherton Drive     $     910,000.00    $    910,000.00
Somis, CA  93066

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  **UPSCALE FINANCIAL LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name

BSI Financial Services
_____

Creditor's mailing address

314 South Franklin Street
Titusville, PA  16354
_____

Creditor's email address, if known

_____

Date debt was incurred    2010
Last 4 digits of account number    2  0  6  0

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

747 Sturbridge Drive
Folsom, CA  95630
_____

$  910,000.00    $  910,000.00

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.12** Creditor's name

Caliber Home Loans
_____

Creditor's mailing address

P.O. Box 509063
Dallas, TX  75261
_____

Creditor's email address, if known

_____

Date debt was incurred    2009
Last 4 digits of account number    2  6  3  1

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

5555 Thayer Lane
San Ramon, CA  94582
_____

$  755,000.00    $  755,000.00

Describe the lien
Deed of Trust
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor _____UPSCALE FINANCIAL LLC_____     Case number (if known)_____
         Name

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.13** Creditor's name

    Chase

Creditor's mailing address

    P.O. Box 183222
    Columbus, OH  43218

Creditor's email address, if known

    _____

Date debt was incurred   2003
Last 4 digits of account
number            3  4  9  6

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
       priority?
   ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

   ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

    716 Spruce Street                    $  1,200,000.00   $  1,200,000.00
    Boulder, CO  80302

Describe the lien
    Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.14** Creditor's name

    Clear Recon Corporation

Creditor's mailing address

    4375 Jutland Drive, Suite 200
    San Diego, CA  92117

Creditor's email address, if known

    _____

Date debt was incurred   2005
Last 4 digits of account
number            4  0  0  8

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
       priority?
   ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

   ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

    1102 Penniman Drive                  $  950,000.00   $  950,000.00
    El Dorado Hills, CA  95762

Describe the lien
    Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor ___UPSCALE FINANCIAL LLC_____     Case number (if known)_____
            Name

| | Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name

Clear Recon Corporation

**Creditor's mailing address**

4375 Jutland Drive, Suite 200
San Diego, CA  92117

**Creditor's email address, if known**

_____

**Date debt was incurred**   2005
**Last 4 digits of account number**    9  8  0  0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

4525-4527 Lincoln Avenue
San Francisco, CA  94122

$  950,000.00   $  950,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.16** Creditor's name

Comunity Lending Incorporated

**Creditor's mailing address**

610 Jarvis Drive, Suite 200
Morgan Hill, CA  95037

**Creditor's email address, if known**

_____

**Date debt was incurred**   2007
**Last 4 digits of account number**    4  9  2  5

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1765 Valdez Way
Fremont, CA  94539

$  775,000.00   $  775,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor ___UPSCALE FINANCIAL LLC_____ Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name

Federal Home Loan Mortgage

Creditor's mailing address

8200 Jones Branch Drive
McLean, VA  22102

Creditor's email address, if known

_____

Date debt was incurred   2007

Last 4 digits of account number   7  6  6  6

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

9651 Maccool Lane                 $   325,000.00   $   325,000.00
Santee, CA  92071

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.18** Creditor's name

Flagstar Bank

Creditor's mailing address

5151 Corporate Drive
Troy, MI  48098

Creditor's email address, if known

_____

Date debt was incurred   2004

Last 4 digits of account number   7  3  1  2

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

3217 Acalanes Avenue              $   900,000.00   $   900,000.00
Lafayette, CA  94549

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor   UPSCALE FINANCIAL LLC _____   Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**

Green Point Mortgage Funding

**Creditor's mailing address**

1901 East Voorhees, Suite C
Danville, IL  61834

**Creditor's email address, if known**

_____

**Date debt was incurred**   2006
**Last 4 digits of account number**   4 9 3 0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1422 Hemlock Avenue
Imperial Beach, CA  91932          $____326,250.00   $____326,250.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.20** **Creditor's name**

JP Morgan Chase, N.A.

**Creditor's mailing address**

7720 North 16th Street, Suite 300
Phoenix, AZ  85020

**Creditor's email address, if known**

_____

**Date debt was incurred**   2006
**Last 4 digits of account number**   7 2 4 3

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1622 Janelle Lane
Santa Maria, CA  93458          $____350,000.00   $____350,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page ___ of ___

Debtor ____UPSCALE FINANCIAL LLC_____     Case number (if known)_____
         Name

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21** Creditor's name

__Lehman Brothers_____

Creditor's mailing address

__400 Professional Drive_____
__Gaithursburg, MD  20879_____

Creditor's email address, if known

_____

Date debt was incurred    __2006_____
Last 4 digits of account
number    __8__  __4__  __5__  __4__

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
        priority?
    ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____
    ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

__21 Richmond Hill_____
__Greenwich, CT  06832_____     $ __4,000,000.00__   $ __4,000,000.00__

Describe the lien
__Deed of Trust_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.22** Creditor's name

__MIT Lending_____

Creditor's mailing address

__33 Maiden Lane_____
__New York, NY  10038_____

Creditor's email address, if known

_____

Date debt was incurred    __2005_____
Last 4 digits of account
number    __1__  __7__  __8__  __8__

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
        priority?
    ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____
    ☐ Yes. The relative priority of creditors is
          specified on lines _____

Describe debtor's property that is subject to a lien

__2015 Cedar Street_____
__Ramona, CA  92065_____     $ __424,000.00__   $ __424,000.00__

Describe the lien
__Deed of Trust_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   __UPSCALE FINANCIAL LLC_____   Case number *(if known)*_____
         Name

| Part 1: | **Additional Page** |
|---------|---------------------|

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23** Creditor's name

__Mortgageit Inc._____

Creditor's mailing address

__33 Maiden Lane_____
__New York, NY  10038_____

Creditor's email address, if known

_____

Date debt was incurred   __2005____
Last 4 digits of account number   _9_ _0_ _4_ _7_

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

__44300 Lighthouse Road_____
__Point Arena, CA  95468_____   $___649,000.00_   $___649,000.00

_____

Describe the lien
__Deed of Trust____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.24** Creditor's name

__Nationstar Mortgage, LLC_____

Creditor's mailing address

__350 Highland Drive_____
__Lewisville, TX  75067_____

Creditor's email address, if known

_____

Date debt was incurred   __2006____
Last 4 digits of account number   _0_ _0_ _0_ _0_

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

__3 Sayles Street_____
__Greenwich, CT 06807_____   $___650,000.00_   $___650,000.00

_____

Describe the lien
__Deed of Trust____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| Debtor | UPSCALE FINANCIAL LLC |
| | Name |

Case number *(if known)* _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25 Creditor's name**

Nationstar Morgage, LLC

**Creditor's mailing address**

350 Highland Drive
Lewisville, TX  75067

**Creditor's email address, if known**

_____

**Date debt was incurred**   2006
**Last 4 digits of account number**   0 0 0 0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

18 Sherman Avenue
Greenwich, CT  06830

$  750,000.00    $  750,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.26 Creditor's name**

Nationstar Mortgage, LLC

**Creditor's mailing address**

350 Highland Drive
Lewisville, TX  75067

**Creditor's email address, if known**

_____

**Date debt was incurred**   2006
**Last 4 digits of account number**   7 6 0 0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

428 Georgetown Avenue
Ventura, CA  93003

$  900,000.00    $  900,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | UPSCALE FINANCIAL LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** |
|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27 Creditor's name**

Nationstar Mortgage, LLC

**Creditor's mailing address**

350 Highland Drive
Lewisville, TX  75067

**Creditor's email address, if known**

_____

**Date debt was incurred**  2005
**Last 4 digits of account number**  2 0 2 9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

17287 West Summerfield Road
Post Falls, ID  83854          $   350,000.00   $   350,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.28 Creditor's name**

Nationstar Mortgage, LLC

**Creditor's mailing address**

8950 Cypress Waters Blvd.
Coppell, TX  75019

**Creditor's email address, if known**

_____

**Date debt was incurred**  2010
**Last 4 digits of account number**  0 0 0 0

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

733 Beyer Way
San Diego, CA  92154          $   285,000.00   $   285,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor ___UPSCALE FINANCIAL LLC_____     Case number (if known)_____
      Name

| Part 1: | **Additional Page** |
|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.29** Creditor's name

Ocwen Loan Servicing

Creditor's mailing address

3451 Hammond Avenue
Waterloo, IA 50704

Creditor's email address, if known

_____

Date debt was incurred    2006
Last 4 digits of account number    5  0  2  7

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

303 Gorrion Avenue
Ventura, CA 93003

$____925,000.00    $____925,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.30** Creditor's name

Ocwen Loan Servicing

Creditor's mailing address

P.O. Box 24738
West Palm Beach, FL  33416

Creditor's email address, if known

_____

Date debt was incurred    2007
Last 4 digits of account number    3  5  3  8

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

690 Heather Court
Pacifica, CA  94044

$____685,000.00    $____685,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

| Debtor | UPSCALE FINANCIAL LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.31** Creditor's name

Quality Loan Service Corporation

Creditor's mailing address

411 Ivy Street
San Diego, CA 92101

Creditor's email address, if known

_____

Date debt was incurred    2007

Last 4 digits of account number    0 0 0 0

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

306 West Oak Street
Ojai, CA 93023

$ 350,000.00    $ 350,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**2.32** Creditor's name

Stearns Lending Incorporated

Creditor's mailing address

4 Hutton Centre Drive, Suite 500
Santa Ana, CA 92707

Creditor's email address, if known

_____

Date debt was incurred    2006

Last 4 digits of account number    1 5 7 9

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

24604 East Maxwell Lane
Liberty Lake, WA 99019

$ 359,000.00    $ 359,000.00

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor ___UPSCALE FINANCIAL LLC_____     Case number (if known)_____
              Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.33** Creditor's name

Wells Fargo Home Mortgage

Creditor's mailing address

P.O.Box 10335
Des Moines, IA  50306

Creditor's email address, if known

_____

Date debt was incurred   2006
Last 4 digits of account
number        2  3  6  7

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
4129 South Conklin Road
Greenacres, WA  99016                     $   225,000.00   $   225,000.00
_____
_____

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.34** Creditor's name

Wells Fargo Home Mortgage

Creditor's mailing address

P.O. Box 10335
Des Moines, IA  50306

Creditor's email address, if known

_____

Date debt was incurred   2010
Last 4 digits of account
number        2  0  1  5

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
        _____
        _____
        _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
4916 Saint Andrews Drive
Stockton, CA  95219                       $   985,000.00   $   985,000.00
_____
_____

Describe the lien
Deed of Trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    UPSCALE FINANCIAL LLC _____    Case number (if known) _____
    Name

| Part 1: | **Additional Page** |
|---|---|

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.35** Creditor's name

   Wells Fargo Home Mortgage

**Creditor's mailing address**

   P.O. Box 10335
   Des Moines, IA  50306

**Creditor's email address, if known**

_____

**Date debt was incurred**  2009
**Last 4 digits of account**
**number**    7  8  9  1

**Do multiple creditors have an interest in the
same property?**
☑ No
☐ Yes. Have you already specified the relative
   priority?

  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is subject to a lien**

   5734 Marvon Road
   East Jordan, MI  49727    $  175,000.00    $  175,000.00

**Describe the lien**
   Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.36** Creditor's name

   World Savings Bank

**Creditor's mailing address**

   1901 Harrison Street
   Oakland, CA  94612

**Creditor's email address, if known**

_____

**Date debt was incurred**  2006
**Last 4 digits of account**
**number**    4  6  2  5

**Do multiple creditors have an interest in the
same property?**
☑ No
☐ Yes. Have you already specified the relative
   priority?

  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.
    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is subject to a lien**

   1130 North Edison Street
   Stockton, CA  95203    $  200,000.00    $  200,000.00

**Describe the lien**
   Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known) _____
              Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | UPSCALE FINANCIAL, LLC |
| United States Bankruptcy Court for the: | Central ____ District of CA |
| | (State) |
| Case number (If known) | _____ |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
|---|---|---|---|
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
|---|---|---|---|
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (qqqqq) | | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |
|---|---|---|---|
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| _____ | _____ | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |

| Debtor | UPSCALE FINANCIAL, LLC | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2._** Priority creditor's name and mailing address

_____

_____

_____

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

$_____   $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

Debtor  <u>UPSCALE FINANCIAL, LLC</u>                                    Case number (if known)_____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor     UPSCALE FINANCIAL, LLC _____     Case number (if known)_____
                    Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known) _____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    UPSCALE FINANCIAL, LLC                Case number (if known) _____
        Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor ___UPSCALE FINANCIAL, LLC_____     Case number (*if known*)_____
　　　　　　　　<sub>Name</sub>

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total of claim amounts**

5a.  **Total claims from Part 1**　　　　　　　　　　　5a.　　$_____ 0.00

5b.  **Total claims from Part 2**　　　　　　　　　　　5b.  **+**　$_____ 0.00

5c.  **Total of Parts 1 and 2**　　　　　　　　　　　　5c.　　$_____ 0.00
　　　Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name        UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the: Central                District of   CA
                                                                           _(State)_
Case number (If known): _____        Chapter    11

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.2    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.3    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.4    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

2.5    State what the contract or
       lease is for and the nature
       of the debtor's interest

       State the term remaining

       List the contract number of
       any government contract

Debtor    __UPSCALE FINANCIAL, LLC_____    Case number *(if known)*_____
          <span style="font-size:smaller">Name</span>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                State the name and mailing address for all other parties with
                                                       whom the debtor has an executory contract or unexpired lease

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the** *contract number of*     _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is** *for and the nature*      _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

2._    **State what the contract or**        _____    _____
       **lease is for and the nature**       _____    _____
       **of the debtor's interest**                                     _____

       **State the term remaining**          _____    _____

       **List the contract number of**       _____    _____
       **any government contract**           _____    _____

**Fill in this information to identify the case:**

Debtor name   UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the:   Central   District of   CA
                                                                (State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | _____ Street _____ City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor  UPSCALE FINANCIAL, LLC _____        Case number (if known)_____
        Name

■ **Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

2.__  _____   _____   _____   ❏ D
                     Street                               ❏ E/F
                     _____                 ❏ G
                     _____
                     City        State    ZIP Code

**Fill in this information to identify the case:**

Debtor name  UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the:  Central _____ District of  CA _____
(State)

Case number (If known): _____

☑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to   Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to   Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known)_____
              Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| | | | | Check all that apply |
| 3.1. | | | | |
| | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | | | $_____ | ☐ Secured debt |
| | Creditor's name | ____ | | ☐ Unsecured loan repayments |
| | Street | ____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State    ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| 4.1. | | | | |
| | | | $_____ | _____ |
| | Insider's name | ____ | | _____ |
| | Street | ____ | | _____ |
| | | ____ | | _____ |
| | City          State    ZIP Code | | | _____ |
| | Relationship to debtor | | | |
| 4.2. | | | | |
| | | | $_____ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City          State    ZIP Code | | | _____ |
| | Relationship to debtor | | | |

---

Debtor   __UPSCALE FINANCIAL, LLC_____     Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City       State     ZIP Code | _____ | _____ | $_____ |
| 5.2. | Creditor's name<br>Street<br>City       State     ZIP Code | _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City       State     ZIP Code | _____<br>Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____<br><br>Case number | _____ | Name<br>Street<br>City     State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | _____<br><br>Case number | _____ | Name<br>Street<br>City     State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   UPSCALE FINANCIAL, LLC _____   Case number (if known)_____
       <sub>Name</sub>

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| | **Case number** | |
| City          State      ZIP Code | | Street |
| | | |
| | **Date of order or assignment** | City          State      ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2** | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor     UPSCALE FINANCIAL, LLC _____     Case number (if known)_____
            Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    UPSCALE FINANCIAL, LLC    Case number (if known)
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | Address | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |

Debtor  UPSCALE FINANCIAL, LLC _____     Case number (if known)_____
          Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | Check all that apply: |
| | | ☐ Electronically |
| City      State      ZIP Code | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. | | |
| Facility name | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | Check all that apply: |
| | | ☐ Electronically |
| City      State      ZIP Code | | ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

      **Name of plan**                                 **Employer identification number of the plan**

      _____     EIN: __ __ – __ __ __ __ __ __ __

      Has the plan been terminated?

      ☐ No

      ☐ Yes

Debtor    UPSCALE FINANCIAL, LLC
_____
          Name

Case number (if known)_____

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |
| 18.2 _____ Name _____ Street _____ City  State  ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ _____ **Address** _____ _____ | m _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City  State  ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor   UPSCALE FINANCIAL, LLC _____   Case number (if known)_____
         Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City          State          ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    UPSCALE FINANCIAL, LLC          Case number (if known) _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25 Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2 | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City          State          ZIP Code | | From _____   To _____ |

---

Debtor      UPSCALE FINANCIAL, LLC _____      Case number (if known)_____
      Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |
| 26a.1. | From _____ To _____ |
| Name | |
| Street | |
| City     State     ZIP Code | |

| Name and address | Dates of service |
| --- | --- |
| 26a.2. | From _____ To _____ |
| Name | |
| Street | |
| City     State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City     State     ZIP Code | |

| Name and address | Dates of service |
| --- | --- |
| 26b.2. | From _____ To _____ |
| Name | |
| Street | |
| City     State     ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. | |
| Name | |
| Street | |
| City     State     ZIP Code | |

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known)_____
         Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2 | Name _____ | _____ |
|  | Street _____ | _____ |
|  | City _____ State _____ ZIP Code _____ | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

| 26d.1. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State _____ ZIP Code _____ |

Name and address

| 26d.2. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State _____ ZIP Code _____ |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

| 27.1. | Name _____ |
|---|---|
|  | Street _____ |
|  | City _____ State _____ ZIP Code _____ |

Debtor    UPSCALE FINANCIAL, LLC _____    Case number (if known) _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

Name and address of the person who has possession of inventory records

27.2
_____
Name
_____
Street
_____
City                        State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Rogers | 5716 Corsa Avenue, Ste 110 | Managing Member | 100% |
|  | Westlake Village, CA  91362 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 _____ Name |  |  |  |
| _____ Street |  |  |  |
| _____ City          State      ZIP Code |  |  |  |
| Relationship to debtor |  |  |  |

Debtor    UPSCALE FINANCIAL, LLC                              Case number (if known)_____
          Name

---

30.2    **Name and address of recipient**

Name

Street

City                    State          ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                  corporation

_____                  EIN: __ __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                  EIN: __ __ __ - __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/08/2017
               MM  / DD  / YYYY

✗ _____              Printed name  Steve Rogers
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**    UPSCALE FINANCIAL, LLC

Case No. _____

**Debtor**    UPSCALE  FINANCIAL, LLC

Chapter **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 10,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____ 0.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ 10,000.00

2.  The source of the compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  *In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:*

   a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/08/2017

*Date*

TBD before 541-Meeting

*Signature of Attorney*

_____

*Name of law firm*

❑ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name   UPSCALE FINANCIAL, LLC

United States Bankruptcy Court for the:   Central _____   District of   CA _____
                                                                        (State)

Case number (If known): _____

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1   Robert & Pamela Gabriel 21 Richmond Hill Road Greenwich, CT 06831 | authorizedtrust@gmail.com | Conrtact for debt via Note & assignment | C | | | 2,000,000.00 |
| 2   Robert & Pamela Gabriel 3 Sayles Street Greenwich, CT  06807 | authorizedtrust@gmail.com | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 3   Sunil  & L. Lori Wadhwa 747 Sturbridge Drive Folsom, CA 95630 | Sunil Wadhwa | Contract for debt via Note & assignment | C | | | 600,000.00 |
| 4   Rajiv & Gina Wadhwa 1102 Penniman Dr. El Dorado Hills, CA 95762 | Rajiv Wadhwa | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 5   Marc & Michelle Griffith 6020 Heatherton Drive Somis, CA  93066 | Marc Griffith | Contract for debt via Note & assignment | C | | | |
| 6   Angela Leung 3217 Acalanes Avenue Lafayette, CA 94549 | Angela Leung | Contract for debt via Note & assignment | C | | | 575,000.00 |
| 7   E. Greg Somerville 4916 Saint Andrews Drive Stockton, CA 95219 | E. Greg Somerville | Contract for debt vi Note & assignment | C | | | 575,000.00 |
| 8   Stella Tan 4525-4527 Lincoln Way San Francisco, CA 94122 | Stella Tan | Contract for debt via Note & assignment | C | | | 570,00.00 |

Debtor    UPSCALE FINANCIAL, LLC_____    Case number (if known)_____
                  Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ellen & Clyde Davenport<br>5555 Thayer Lane<br>San Ramon, CA 94582 | Ellen Davenport | Contract for debt via Note & assignment | C | | | 570,000.00 |
| 10 | Harold Fuhrmann<br>1953 Village Court<br>Ione, CA 95640 | Harold Fuhrmann | Contract for debt via Note & assignment | C | | | 500,00.00 |
| 11 | Lorraine Moller<br>2525 Arapahoe, Suite 500<br>Boulder, Colorado 80302 | Lorraine Moller | Contract for debt via Note & assignment | C | | | 500,000.00 |
| 12 | Robert Burns<br>690 Heather Court<br>Pacifica, CA 94044 | Robert Burns | Contract for debt via Note & assignment | C | | | 400,000.00 |
| 13 | John Lazell<br>9651 Maccool Lane<br>Santee, CA 92071 | John Lazell | Contract for debt via Note & assignment | C | | | 175,00.00 |
| 14 | Shirley Hanes<br>1130 N. Edison Street<br>Stockton, CA  95203 | Shirley Hanes | Contract for debt via Note & assignment | C | | | 170,000.00 |
| 15 | Richard Guriel<br>733 Beyer Way<br>San Diego, CA 92154 | Rick Guriel | Contract for debt via Note & assignment | C | | | 170,000.00 |
| 16 | Maritza Luz Vega<br>306 West Oak Street<br>Ojai, CA 93023 | Maritza Vega | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 17 | Leslie Edwards<br>17287 W. Summerfield Road<br>Post Falls, ID 83854 | Leslie Edwards | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 18 | Gerald & Bardel Belford<br>5734 Marvon Road<br>East Jordan, MI 49727 | Gerald Belford | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 19 | Steven Vaughn<br>543 East Midlake Drive<br>Draper, UT 84020 | Steven Vaughn | Contract for debt via Note & assignment | C | | | 150,000.00 |
| 20 | John & Sonja Tombarelli<br>4129 South Conklin Road<br>Greenacres, WA 99016 | John Tombarelli | Contract for debt via Note & assignment | C | | | 150,00.00 |

# UPSCALE FINANCIAL, LLC

May 8, 2017

United States Bankruptcy Court
Central District of California
255 E. Temple Street
Los Angeles, CA  90012

Re:  Case no. _____

Dear Honorable Clerk of the Court;

I, Steve Rogers, Managing Member for UPSCALE FINANCIAL, LLC, declare that

no balance sheet, statement of operations, or cash-flow statement has been

prepared and no Federal tax return has been filed.

I certify under penalty of perjury under the laws of the State of California that the

Foregoing is true and correct.

Executed on:  May 8, 2017 _____

Steve Rogers, Managing Member
UPSCALE FINANCIAL, LLC

# List of Equity Security Holders

## UPSCALE FINANCIAL, LLC,
## has no Equity Security Holders to list

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Upscale Financial, LLC<br>11755 Wilshire Blvd., Ste 110<br>Los Angeles, CA90025<br>Tel. (415) 748-8354<br>Fax (866) 498-8747<br>UpscaleInvestmentsLLC@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor*  TBD | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br><br>UPSCALE FINANCIAL, LLC<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  5  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  05/08/2017 

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:  _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

# Master Creditor Mailing List

Federal Home Loan Mortgage Corporation
Attn. Legal Department
8200 Jones Branch Drive
McLean, VA 22102

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Mortgage Electronic Registration Systems
1818 Library Street, Suite 300
Reston, VA 20190

Bank of America, N.A.
1800 Tapo Canyon Road
Simi Valley, CA 93063

BSI Financial
314 S. Franklin Street
Titusville, PA 16354

OCWEN Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50704

Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92117

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

Federal National Mortgage Association
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254

Chase
P.O. Box 183222
Columbus, OH 43218

Caliber Home Loans
P.O. Box 509063
Dallas, TX 75261

Flagstar Bank
5151 Corporate Drive
Troy, Michigan 48098

Clear Recon Corporation
4375 Jutland Drive #200
San Diego, CA 92117

Long Beach Mortgage Company
1400 S. Douglas Road, Suite 100
Anaheim, CA 92806

Bank of America, N.A.
7105 Corporate Drive
Plano, TX 75024

JP Morgan Chase, N.A.
7720 North 16th Street, #300
Phoenix, AZ 85020

OCWEN Loan Servicing
P.O. Box 24738
West Palm Beach, FL 33416

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

America's Wholesale Lender
4500 Park Granada
Calabasas, CA 91302

Marc & Michelle Griffith
6020 Heatherton Drive
Somis, CA 93066

Sunil  & L. Lori Wadhwa
747 Sturbridge Drive
Folsom, CA 95630

Raj  & Gina Wadhwa
1102 Penniman Drive
El Dorado Hills, CA 95762

Angela Leung
3217 Acalanes Avenue
Lafayette, CA 94549

E. Greg Somerville
3416 Saint Andrews Drive
Stockton, CA 95219

Stella Tan
4525-4527 Lincoln Way
San Francisco, CA 94122

Ellen & Clyde Davenport
5555 Thayer Lane
San Ramon, CA 94582

Harold Fuhrmann
1953 Village Court
Ione, CA 95640

Lorraine Moller
2525 Arapahoe, Suite 500
Boulder, CO 80302

Robert Burns
690 Heather Court
Pacifica, CA 94044

John Lazell
9651 Maccool Lane
Santee, CA 92071

Richard Guriel
733 Beyer Way
San Diego, CA 92154

Maritza Luz Vega
306 West Oak Street
Ojai, CA 93023

Leslie Edwards
17287 W. Summerfield Road
Post Falls, ID 83854

Gerald and Bardel Belford
5734 Marvon Road
East Jordan, MI 49727

Steven Vaughn
543 East Midlake Drive
Draper, UT 84020

John Tombarelli
4129 S. Conklin Road
Greenacres, WA 99016

Robert Borbonus
2015 Cedar Street
Ramona, CA  92065

Frankie Cheung
1765 Valdez Way
Fremont, CA  94539

Robert & Pamela Gabriel
21 Richmond Hill
Greenwich, CT  06831

Robert & Pamela Gabriel
3 Sayles Street
Greenwich, CT  06807

Robert & Pamela Gabriel
18 Sherman Avenue
Greenwich, Ct  06830

Raymond & Cheryl Gutierrez
303 Gorrion Avenue
Ventura, CA  93004

Raymond & Cheryl Gutierrez
428 Georgetown Avneue
Ventura, CA  93004

Shirley Hanes
1130 N. Edison Street
Stockton, CA  95203

Steven Ho
185 Linden Avenue
San Bruno,  CA  94066

Timothy Johnston
5115 Curtis Blvd.
Port St. John, FL  32927

Rachel Lenau
1421 Franklin Street SE
Grand Rapids, MI  49506

Gary & Johanna Lohse
7394 N. Meridian Road
Vacaville, CA 95688

David & Leah Manaoat
102 Sonora Court
Oakley, CA  94561

Savun Phon
9092 Chianti Circle
Stockton, CA  95212

Robert Roberts & Timothy Brey
44300 Lighthouse Road
Point Arena, CA  95468

James Roohan
485 La Costa Avenue
Encinitas, CA  92024

Frank & Susan Tombarelli
24604 E. Maxwell Lane
Liberty Lake, WA  99019

Tyrone & Bobbie Jo Valkansas
1422 Hemlock Avenue
Imperial Beach, CA  91932