1  JaVonne M. Phillips, Esq. SBN 187474
2  Kelly M. Raftery, Esq. SBN 249195
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
   Fax (619) 685-4811
5  bknotice@mccarthyholthus.com
6
7  Attorneys for Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Pass-
   through Certificates, Series 2003-AR3, its assignees and/or successors, by and through its
8  servicing agent Select Portfolio Servicing, Inc.

9                      UNITED STATES BANKRUPTCY COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11                        LOS ANGELES DIVISION

12  IN RE:                              §    Case Number: 2:17-bk-15656-RK
                                        §
13  **Upscale Financial LLC,**          §    Chapter: 11
                                        §
14           Debtor.                    §
                                        §
15                    **REQUEST FOR SPECIAL NOTICE**
16        **PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

17       PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Deutsche
18  Bank National Trust Company as Trustee for the WaMu Mortgage Pass-through Certificates,
    Series 2003-AR3, its assignees and/or successors, by and through its servicing agent Select
19  Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

20       McCarthy & Holthus, LLP and Deutsche Bank National Trust Company as Trustee for
21  the WaMu Mortgage Pass-through Certificates, Series 2003-AR3, its assignees and/or
    successors, by and through its servicing agent Select Portfolio Servicing, Inc. hereby request
22  special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at
23  the following addresses:

24       Select Portfolio Servicing, Inc.        McCarthy & Holthus, LLP
         P.O. Box 65250                          1770 Fourth Avenue
25       Salt Lake City, UT 84165-0250           San Diego, CA 92101
                                                 (877) 369-6122
26
27
28
29
                                                      M&H File No. CA-17-136513

1

2

3

4

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Deutsche Bank National Trust Company as Trustee for the WaMu Mortgage Pass-through Certificates, Series 2003-AR3, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

5

Dated: 5/12/2017                                       **McCarthy & Holthus, LLP**

6

7

8

9

10

11

12

/s/  Kelly M. Raftery
Kelly M. Raftery, Esq.
Attorneys for Deutsche Bank National Trust
Company as Trustee for the WaMu Mortgage
Pass-through Certificates, Series 2003-AR3,
its assignees and/or successors, by and
through its servicing agent Select Portfolio
Servicing, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

M&H File No. CA-17-136513

M&H File No. CA-17-136513

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/15/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**US TRUSTEE**
ustpregion16.la.ecf@usdoj.gov

**TRUSTEE COUNSEL**
Kenneth G Lau
kenneth.g.lau@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 5/15/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Upscale Financial LLC, 5716 Corsa Ave Ste 110, Westlake Village, CA 91362

**BORROWER(S)**
Lorraine Mary Moller, 716 Spruce St, Boulder, CO 80302

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/15/2017 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**